| | | | |
|---|---|---|---|
| State v. Aschenbrenner | 2015AP002630 CR | 07–06–2017 | Reversed and remanded |
| State v. Upthegrove†††† | 2016AP000094 CR | 07–12–2017 | Affirmed |
| State v. Taylor† | 2016AP000240 CR | 07–20–2017 | Affirmed |
| Schmidt v. Dragisic†††† | 2016AP000272 | 07–25–2017 | Affirmed |
| Felippo v. City of Wauwatosa | 2016AP000334 | 07–12–2017 | Affirmed |
| State v. Pevan | 2016AP000357 CR | 07–05–2017 | Affirmed |
| State v. Hodkiewicz† | 2016AP000359 CR | 07–18–2017 | Affirmed/ reversed/ remanded |
| State v. Torgerson† | 2016AP000411 CR | 07–18–2017 | Affirmed |
| Baker v. Wilson Auto Collision, Inc.†††† | 2016AP000423 | 07–18–2017 | Affirmed |
| Lauer v. Lipp† | 2016AP000465 | 07–18–2017 | Affirmed |
| Sheppard v. Sheppard | 2016AP000530 | 07–19–2017 | Affirmed |
| Adams Outdoor Advert. Ltd. P'ship v. City of Madison† | 2016AP000537 | 07–20–2017 | Affirmed |
| State v. Sauve† | 2016AP000546 CR | 07–05–2017 | Affirmed |
| State v. Staves† | 2016AP000609 CR | 07–18–2017 | Affirmed |
| LAXMI MA, LLC v. City of Milwaukee | 2016AP000640 | 07–25–2017 | Affirmed |
| State v. Patterson† | 2016AP000701 CR | 07–26–2017 | Affirmed |
| State v. Holmes† | 2016AP000746 CR | 07–12–2017 | Affirmed |
| State v. Willis | 2016AP000791 CR | 07–18–2017 | Affirmed/ reversed/ remanded |
| State ex rel. Barrett v. Wisconsin Dep't. of Safety & Prof'l Servs | 2016AP000806 | 07-05-2017 | Affirmed |

†Petition to review filed.
††††Petition to review dismissed.